UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CITY OF ST. PETERSBURG,

    Plaintiff,

v.    Case No: 8:19-cv-1541-T-36CPT

CSX TRANSPORTATION, INC.,

    Defendant.
_____/

## **O R D E R**

Before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 16). In accord with the Notice of Voluntary Dismissal, it is **ORDERED AND ADJUDGED** as follows:

1)     The Notice of Voluntary Dismissal is **APPROVED** (Doc. 16).

2)     This cause is dismissed, without prejudice.

3)     The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on August 28, 2019.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record